UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA THOMAS BOGGESS,

     Plaintiff,

v.

CITY OF FLINT, et al.,

     Defendants.

Case No. 25-cv-11886

Honorable Robert J. White

---

**ORDER DENYING PLAINTIFF'S EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (ECF No. 8).**

---

Jason R. Dye, as "Next Friend and Constitutional Advocate," filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction on behalf of Plaintiff Joshua Thomas Boggess. (ECF No. 8, PageID.31).  But given that the Court dismissed Boggess's complaint for failure to state a plausible claim for relief, (ECF No. 7), the motion is moot.

To add, Dye did not enter an appearance on behalf of Boggess as required by Eastern District of Michigan Local Rule 83.25(a).  In fact, it is unclear whether Dye is even a licensed attorney or otherwise authorized to practice law before this Court.  *See* E.D. Mich. L.R. 83.20(i)(1).  Because Dye seemingly drafted Boggess's motion and signed and submitted it to the Court without an appearance, or evidence of his

authorization to represent Boggess, the motion is improper for the Court to consider, regardless of whether or not it is moot. *See id.* at 83.20(a) (defining "practice in this court" to include signing a paper or conducting the proceeding); *see also* 28 U.S.C. § 1654 (limiting parties to conduct "their own cases personally or by counsel"). Accordingly,

IT IS ORDERED that Boggess's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 8) is DENIED AS MOOT.

Dated: July 10, 2025                     s/Robert J. White
                                         Robert J. White
                                         United States District Judge